1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2722

FILED

OCT - 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re Search Warrant and Complaint, )   Misc no.
                                    )
9240 Oatfield Lane, Stockton, CA    )
9130 Thornton Road, Stockton, CA    )   ORDER
Jesus Becerra Huerta, DOB 9/1/57    )
Rosa Isela Huerta, DOB 7/1/66       )   2:05 - MJ - 0283    DAD
Chrysler van, CA License 4JYK692    )
Chevrolet van, CA License 6C03389   )
BMW sedan, CA License 4XGR396       )
                                    )
        [sealed]                    )
_____)

The Court hereby orders that the Affidavit to the Search Warrant and Complaint, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order in the above-referenced case, shall be sealed until further order of the Court.

DATED: _October 4_, 2005

_____
HONORABLE DALE A. DROZD
U.S. Magistrate Judge

3