**FILED**
October 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 )         Case No. MAG 05-0283 DAD
         Plaintiff, )
v. )         ORDER FOR RELEASE OF
 )         PERSON IN CUSTODY
ROSA ISELA HUERTA, )
 )
         Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROSA ISELA HUERTA__ , Case No. __MAG 05-0283 DAD__ , Charge __17 § 506(a); 18 § 371,2319,2318,2320,2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✗    Release on Personal Recognizance

*(no)* ✗    Bail Posted in the Sum of $_____

    __    Unsecured Appearance Bond $_____

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    ✗    (Other)  _Pretrial Services Supervision_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 6, 2005__ at __2:55 p.m.__.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal