McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. No. S-05-0447 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER |
| v. ) | SCHEDULING STATUS CONFERENCE, |
| ) | AND EXCLUDING TIME UNDER SPEEDY |
| JESUS HUERTA, et al., ) | TRIAL ACT |
| ) | |
| Defendants. ) | Ctrm: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

On October 26, 2005, the defendants JESUS BECERRA HUERTA and ROSA ISELA HUERTA were arraigned on the Indictment filed on October 20, 2005.  The Court set a status conference in this case for December 2, 2005 at 9:00 a.m.  Assistant United States Attorney Robin R. Taylor appeared on behalf of plaintiff United States of America.  Daniel J. Broderick, Assistant Federal Defender, appeared with defendant JESUS BECERRA HUERTA; and Timothy E. Warriner, Esq., appeared with defendant ROSA ISELA HUERTA.  Both defendants are not in custody.

At the joint request of all parties, it is requested that the Court granted a continuance for a further status conference to December 16, 2005, at 9:00 a.m., due to the counsel for the

1  government being out of state at a conference.  It is further
2  requested that the Court further exclude time from December 2, 2005,
3  to, and including, December 16, 2005, from computation of time
4  within which the trial of this case must be commenced pursuant to
5  Local Code T4 (give the parties reasonable time to prepare).

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: November 28, 2005            By: /s/ Robin R. Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney

DATED: November 28, 2005            By:/s/ Daniel J. Broderick
                                        DANIEL J. BRODERICK, AFD
                                        Counsel for Jesus Huerta

DATED: November 28, 2005            By:/s/ Timothy E. Warriner
                                        TIMOTHY E. WARRINER, ESQ.
                                        Counsel for Rosa Huerta

_____

IT IS SO ORDERED

DATED:   November 29, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge