QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS HUERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>      v.                        )<br>                                )<br> JESUS HUERTA, et al.,          )<br>                                )<br>            Defendants.         )<br>                                )<br>_____) | No. CR-S-05-447 GEB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME**<br><br>Date: January 13, 2006<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Robin R. Taylor, Assistant United States Attorney, attorney for Plaintiff; Timothy E. Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J. Broderick, attorney for defendant, JESUS HUERTA, that the status conference presently scheduled for December 16, 2005 be vacated and a new status conference hearing date of January 13, 2006 at 9:00 a.m. be set.

This continuance is being requested to allow defense counsels adequate time to review discovery with their respective clients, to conduct ongoing investigation, and to research the issues of the cases.

The parties, through their respective counsel, hereby stipulate

1  and agree that the status conference currently scheduled for
2  December 16, 2005 be continued until January 13, 2006 at 9:00 a.m.
3       The parties further stipulate and agree that the time period
4  between December 16, 2005 and January 13, 2006 be excluded under the
5  Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due
6  to the need to provide defense counsel with the reasonable time to
7  prepare.
8  Dated: December 15, 2005
9                                         QUIN DENVIR
                                           Federal Defender
10
11                                         /s/ Daniel J. Broderick
                                           _____
12                                         DANIEL J. BRODERICK
                                           Chief Assistant Federal Defender
13                                         Attorney for Defendant
                                           JESUS HUERTA
14
15                                         /s/ Daniel J. Broderick for
                                           _____
16                                         TIMOTHY E. WARRINER, ESQ.
                                           Attorney for Defendant
17                                         ROSA ISELA HUERTA
18
19 Dated:  December 15, 2005               MCGREGOR W. SCOTT
                                           United States Attorney
20
21                                         /s/ Daniel J. Broderick for
                                           _____
22                                         ROBIN R. TAYLOR
                                           Assistant U.S. Attorney
23                                         Attorney for Plaintiff
24                    -----------
25     Pursuant to the stipulation filed by the parties, and for the
26 reasons stated therein, IT IS HEREBY ORDERED that the status conference
27 currently scheduled for December 16, 2005 be continued until
28 January 13, 2006 at 9:00 a.m.

Stip. Continuing Status Conference     2

1  IT IS FURTHER ORDERED that the time period between December 16,
2 2005 and January 13, 2006 be excluded under the Speedy Trial Act (18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to
4 provide defense counsel with the reasonable time to prepare.

Dated:   December 16, 2005

>                                /s/ Garland E. Burrell, Jr.
>                                GARLAND E. BURRELL, JR.
>                                United States District Judge