DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS HUERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-447 GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| JESUS HUERTA, et al., ) | Date: March 10, 2006 |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Robin R. Taylor, Assistant United States Attorney, attorney for Plaintiff; Timothy E. Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J. Broderick, attorney for defendant, JESUS HUERTA, that the status conference presently scheduled for February 17, 2006 be vacated and a new status conference hearing date of March 10, 2006 at 9:00 a.m. be set.

This continuance is being requested to allow defense counsels further time to work out details of a proposed plea agreement from the government and to consider possible resolutions.  Additionally, counsel for Rosa Huerta is presently in trial.

1  The parties, through their respective counsel, hereby stipulate
2  and agree that the status conference currently scheduled for
3  February 17, 2006 be continued until March 10, 2006, at 9:00 a.m.
4  The parties further stipulate and agree that the time period
5  between February 17, 2006 and March 10, 2006 be excluded under the
6  Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due
7  to the need to provide defense counsel with the reasonable time to
8  prepare.
9  Dated: February 16, 2006

Respectfully submitted,

/s/ Daniel J. Broderick
_____
DANIEL J. BRODERICK
Acting Federal Defender
Attorney for Defendant
JESUS HUERTA

/s/ Daniel J. Broderick for
_____
TIMOTHY E. WARRINER, ESQ.
Attorney for Defendant
ROSA ISELA HUERTA

Dated:  February 16, 2006          MCGREGOR W. SCOTT
                                   United States Attorney

/s/ Daniel J. Broderick for
_____
ROBIN R. TAYLOR
Assistant U.S. Attorney
Attorney for Plaintiff

------------

Pursuant to the stipulation filed by the parties, and for the
reasons stated therein, IT IS HEREBY ORDERED that the status conference
currently scheduled for February 17, 2006, be continued until March 10,

Stip. Continuing Status Conference       2

1  2006 at 9:00 a.m.
2       IT IS FURTHER ORDERED that the time period between February 17,
3  2006 and March 10, 2006, be excluded under the Speedy Trial Act (18
4  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to
5  provide defense counsel with the reasonable time to prepare.
6  Dated:   February 21, 2006

                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge