DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS HUERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-447 GEB | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** | |
| ) | **ORDER CONTINUING STATUS** | |
| v. ) | **CONFERENCE AND EXCLUDING TIME** | |
| ) | | |
| JESUS HUERTA, et al., ) | | |
| ) | Date: April 7, 2006 | |
| Defendants. ) | Time: 9:00 a.m. | |
| ) | Judge: Garland E. Burrell, Jr. | |

It is hereby stipulated between the parties, Christine Watson, Assistant United States Attorney, attorney for Plaintiff; Timothy E. Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J. Broderick, attorney for defendant, JESUS HUERTA, that the status conference presently scheduled for March 10, 2006 be vacated and a new status conference hearing date of April 7, 2006 at 9:00 a.m. be set.

The defendants have received a proposed package plea agreement from the government that contains a number of separate provisions including sentencing guideline stipulations and a potential reduction in sentence pursuant to §5K1.1 of the Sentencing Guidelines.  The defense needs additional time to explore and examine these provisions

1 and to review a final plea agreement with Mr. and Mrs. Huerta.

2 The parties, through their respective counsel, hereby stipulate
3 and agree that the status conference currently scheduled for
4 March 10, 2006 be continued until April 7, 2006, at 9:00 a.m.

5 The parties further stipulate and agree that the time period
6 between March 10, 2006 and April 7, 2006 be excluded under the Speedy
7 Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the
8 need to provide defense counsel with the reasonable time to prepare.
9 Dated: March 7, 2006

Respectfully submitted,

/s/ Daniel J. Broderick
_____
DANIEL J. BRODERICK
Acting Federal Defender
Attorney for Defendant
JESUS HUERTA

/s/ Daniel J. Broderick for
_____
TIMOTHY E. WARRINER, ESQ.
Attorney for Defendant
ROSA ISELA HUERTA

Dated: March 7, 2006         MCGREGOR W. SCOTT
                             United States Attorney

/s/ Daniel J. Broderick for
_____
CHRISTINE WATSON
Assistant U.S. Attorney
Attorneys for Plaintiff

------------

Pursuant to the stipulation filed by the parties, and for the reasons stated therein, IT IS HEREBY ORDERED that the status conference currently scheduled for March 10, 2006, be continued until April 7,

Stip. Continuing Status Conference         2

1  2006 at 9:00 a.m.
2      IT IS FURTHER ORDERED that the time period between March 10, 2006
3  and April 7, 2006, be excluded under the Speedy Trial Act (18 U.S.C.
4  §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
5  defense counsel with the reasonable time to prepare.
6  Dated:  March 10, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge