```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California  95814
    Telephone (916) 498-5700
 4

 5  Attorney for Defendant
    JESUS HUERTA
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-447 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDING TIME** |
| | ) | |
| JESUS HUERTA, et al., | ) | |
| | ) | Date:  May 5, 2006 |
| Defendants. | ) | Time:  9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Christine Watson, Assistant United States Attorney, attorney for Plaintiff; Timothy E. Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J. Broderick, attorney for defendant, JESUS HUERTA, that the status conference presently scheduled for April 7, 2006 be vacated and a new status conference hearing date of May 5, 2006 at 9:00 a.m. be set.

As stated in our previous request, a proposed package plea agreement has been received from the government containing a number of separate provisions including sentencing guideline stipulations and a potential reduction in sentence pursuant to §5K1.1 of the Sentencing Guidelines.  The defense needs additional time to explore and examine

1  these provisions, to continue ongoing negotiations with the government,
2  and to review a final plea agreement with Mr. and Mrs. Huerta.
3      The parties, through their respective counsel, hereby stipulate
4  and agree that the status conference currently scheduled for
5  April 7, 2006 be continued until May 5, 2006, at 9:00 a.m.
6      The parties further stipulate and agree that the time period
7  between April 7, 2006 and May 5, 2006 be excluded under the Speedy
8  Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the
9  need to provide defense counsel with the reasonable time to prepare.
10 Dated: April 6, 2006

Respectfully submitted,

/s/ Daniel J. Broderick
_____
DANIEL J. BRODERICK
Acting Federal Defender
Attorney for Defendant
JESUS HUERTA

/s/ Daniel J. Broderick for
_____
TIMOTHY E. WARRINER, ESQ.
Attorney for Defendant
ROSA ISELA HUERTA

Dated:  April 6, 2006          MCGREGOR W. SCOTT
                               United States Attorney

                               /s/ Daniel J. Broderick for
                               _____
                               CHRISTINE WATSON
                               Assistant U.S. Attorney
                               Attorneys for Plaintiff

------------

Pursuant to the stipulation filed by the parties, and for the reasons stated therein, IT IS HEREBY ORDERED that the status conference

Stip. Continuing Status Conference       2

1 | currently scheduled for April 7, 2006, be continued until May 5,
2 | 2006 at 9:00 a.m.
3 |     IT IS FURTHER ORDERED that the time period between April 7, 2006
4 | and May 5, 2006, be excluded under the Speedy Trial Act (18 U.S.C.
5 | §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
6 | defense counsel with the reasonable time to prepare.
7 | Dated:  April 25, 2006

>                              /s/ Garland E. Burrell, Jr.
>                              GARLAND E. BURRELL, JR.
>                              United States District Judge

Stip. Continuing Status Conference          3