1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California  95814
   Telephone (916) 498-5700
4

5  Attorney for Defendant
   JESUS HUERTA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    No. CR-S-05-447 GEB
                                )
12             Plaintiff,       )    **STIPULATION AND [PROPOSED]**
                                )    **ORDER CONTINUING STATUS**
13       v.                     )    **CONFERENCE AND EXCLUDING TIME**
                                )
14 JESUS HUERTA, et al.,        )
                                )    Date:  June 9, 2006
15             Defendants.      )    Time:  9:00 a.m.
                                )    Judge: Garland E. Burrell, Jr.
16 _____ )

17

18      It is hereby stipulated between the parties, Christine Watson,

19 Assistant United States Attorney, attorney for Plaintiff; Timothy E.

20 Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J.

21 Broderick, attorney for defendant, JESUS HUERTA, that the status

22 conference presently scheduled for May 5, 2006 be vacated and a new

23 status conference hearing date of June 9, 2006 at 9:00 a.m. be set.

24      The parties have met and conferred and are currently evaluating

25 additional information provided by the defendants in relation to this

26 case.  All parties need additional time to investigate this additional

27 information.  Once that is completed, the defense will need time to

28 review a final plea agreement.

1     The parties, through their respective counsel, hereby stipulate
2  and agree that the status conference currently scheduled for
3  May 5, 2006 be continued until June 9, 2006, at 9:00 a.m.
4     The parties further stipulate and agree that the time period
5  between May 5, 2006 and June 9, 2006 be excluded under the Speedy Trial
6  Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need
7  to provide defense counsel with the reasonable time to prepare.
8  Dated: May 4, 2006

                                    Respectfully submitted,

                                    /s/ Daniel J. Broderick
                                    _____
                                    DANIEL J. BRODERICK
                                    Acting Federal Defender
                                    Attorney for Defendant
                                    JESUS HUERTA

                                    /s/ Daniel J. Broderick for
                                    _____
                                    TIMOTHY E. WARRINER, ESQ.
                                    Attorney for Defendant
                                    ROSA ISELA HUERTA

Dated:  May 4, 2006                 MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Daniel J. Broderick for
                                    _____
                                    CHRISTINE WATSON
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff

                        ------------

    Pursuant to the stipulation filed by the parties, and for the
reasons stated therein, IT IS HEREBY ORDERED that the status conference
currently scheduled for May 5, 2006, be continued until June 9,
2006 at 9:00 a.m.
    IT IS FURTHER ORDERED that the time period between May 5, 2006 and

Stip. Continuing Status Conference        2

1  June 9, 2006, be excluded under the Speedy Trial Act (18 U.S.C.
2  §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
3  defense counsel with the reasonable time to prepare.
4  Dated:  May 10, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip. Continuing Status Conference        3