```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California  95814
    Telephone (916) 498-5700
 4

 5  Attorney for Defendant
    JESUS HUERTA
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-447 GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| JESUS HUERTA, et al., ) | Date: June 9, 2006 |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for Plaintiff; Timothy E. Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J. Broderick, attorney for defendant, JESUS HUERTA, that the status conference presently scheduled for June 9, 2006 be vacated and a new status conference hearing date of July 7, 2006 at 9:00 a.m. be set.

The parties have met and conferred and are currently evaluating additional information provided by the defendants in relation to this case. The Assistant United States Attorney previously assigned to this case has left the office and the case has recently been reassigned to Assistant U.S. Attorney Matthew Stegman. All parties need additional

1  time to discuss and investigate the additional information provided by
2  the defendants.  Once that is completed, the defense will need time to
3  review a final plea agreement.
4      The parties, through their respective counsel, hereby stipulate
5  and agree that the status conference currently scheduled for
6  June 9, 2006 be continued until July 7, 2006, at 9:00 a.m.
7      The parties further stipulate and agree that the time period
8  between June 9, 2006 and July 7, 2006 be excluded under the Speedy
9  Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the
10 need to provide defense counsel with the reasonable time to prepare.
11 Dated: June 8, 2006

                                        Respectfully submitted,

                                        /s/ Daniel J. Broderick
                                        _____
                                        DANIEL J. BRODERICK
                                        Federal Defender
                                        Attorney for Defendant
                                        JESUS HUERTA

                                        /s/ Daniel J. Broderick for
                                        _____
                                        TIMOTHY E. WARRINER, ESQ.
                                        Attorney for Defendant
                                        ROSA ISELA HUERTA

Dated:  June 8, 2006                    MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Daniel J. Broderick for
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

                         -----------

27     Pursuant to the stipulation filed by the parties, and for the
28 reasons stated therein, IT IS HEREBY ORDERED that the status conference

Stip.II Continuing Status Conference    2

1  currently scheduled for June 9, 2006, be continued until July 7,
2  2006 at 9:00 a.m.
3       IT IS FURTHER ORDERED that the time period between June 9, 2006
4  and July 7, 2006, be excluded under the Speedy Trial Act (18 U.S.C.
5  §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
6  defense counsel with the reasonable time to prepare.
7  Dated:  June 8, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge