DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS HUERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-447 GEB | |
| ) | | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** | |
| ) | **ORDER CONTINUING STATUS** | |
| v. ) | **CONFERENCE AND EXCLUDING TIME** | |
| ) | | |
| JESUS HUERTA, et al., ) | | |
| ) | Date:  November 3, 2006 | |
| Defendants. ) | Time:  9:00 a.m. | |
| ) | Judge: Garland E. Burrell, Jr. | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for Plaintiff; Timothy E. Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J. Broderick, attorney for defendant, JESUS HUERTA, that the status conference presently scheduled for September 22, 2006 be vacated and a new status conference hearing date of November 3, 2006 at 9:00 a.m. be set.

The parties continue evaluating additional information provided by the defendants in relation to this case.  The parties have had preliminary discussions regarding resolution of the matter.  Before the case resolves, however, both parties have tasks to complete including,

1  by the defense, additional factual investigation that may bear on the
2  resolution. Once that is completed, the defense will need time to
3  review a final plea agreement.
4      The parties, through their respective counsel, hereby stipulate
5  and agree that the status conference currently scheduled for
6  September 22, 2006 be continued until November 3, 2006, at 9:00 a.m.
7      The parties further stipulate and agree that the time period
8  between September 22, 2006 and November 3, 2006 be excluded under the
9  Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due
10 to the need to provide defense counsel with the reasonable time to
11 prepare.
12 Dated: September 14, 2006

                                          Respectfully submitted,

                                          /s/ Daniel J. Broderick
                                          _____
                                          DANIEL J. BRODERICK
                                          Federal Defender
                                          Attorney for Defendant
                                          JESUS HUERTA

                                          /s/ Daniel J. Broderick for
                                          _____
                                          TIMOTHY E. WARRINER, ESQ.
                                          Attorney for Defendant
                                          ROSA ISELA HUERTA

Dated:  September 14, 2006                MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Daniel J. Broderick for
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff

                           ------------

28     Pursuant to the stipulation filed by the parties, and for the

Stip. Continuing Status Conference        2

reasons stated therein, IT IS HEREBY ORDERED that the status conference currently scheduled for September 22, 2006, be continued until November 3, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED that the time period between September 22, 2006 and November 3, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   September 15, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge