```
1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-05-447 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RE |
| | ) | DESTRUCTION OF AND ADMISSIBILITY |
| v. | ) | OF PHOTOGRAPHS OF CD'S AND DVD'S |
| | ) | SEIZED PURSUANT TO SEARCH |
| JESUS BECERRA HUERTA, and ROSA ISELA HUERTA, | ) | WARRANT |
| | ) | |
| Defendants. | ) | |

Plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Stegman, and defendants Jesus Becerra Huerta and Rosa Isela Huerta, through their counsel of record, Daniel Broderick and Tim Warriner, respectively, agree and stipulate to the following:

1. There are approximately 54,000 compact discs and DVDs held in evidence in the above entitled case in the custody

///
///
///
///

1

of the United States Secret Service, seized pursuant to Search Warrant 05-SW-0225 DAD;

2. These compact discs and DVDs have been made available to the defendants for inspection;

3. The defendants have stated that they no longer have a need for the original compact discs and DVD's to be retained;

4. The United States Secret Service has photographed the seized compact discs and DVD's as a group, although each individual compact disc and DVD has not been photographed;

5. There is no need to continue to retain and store the compact discs and DVDs;

6. If more than one compact discs or DVD of a title was seized, at least two of each title have been set aside to be retained as samples of the items held as evidence, and if only one of a title was seized, that one shall be retained;

8. Other than the samples of the items seized and retained for evidence, all other compact discs and DVD's shall be destroyed;

9. Photographs of the compact discs and DVDs may be admitted into evidence at any hearing or trial to the same extent as the original compact discs and DVDs would be admissible.

///
///
///
///
///

10. No party shall raise any objections to admissibility of the photographs based on the fact that the original items of evidence have been destroyed.

Dated: October 13, 2006            McGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ Matthew Stegman
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney


Dated: October 12, 2006            /s/ Daniel J. Broderick
                                   DANIEL J. BRODERICK
                                   Federal Defender
                                   Attorney for Jesus Huerta


Dated: October 12, 2006            /s/ Timothy E. Warriner
                                   TIMOTHY E. WARRINER
                                   Attorney for Rosa Huerta

**IT IS SO ORDERED**.

Dated: October 16, 2006.


                                   _____
                                   UNITED STATES MAGISTRATE JUDGE