DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS HUERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br> JESUS HUERTA, et al.,        )<br>                              )<br>            Defendants.       )<br>                              )<br>_____) | No. CR-S-05-447 GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCE AND EXCLUDING TIME**<br><br>Date:  December 1, 2006<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

     It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for Plaintiff; Timothy E. Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J. Broderick, attorney for defendant, JESUS HUERTA, that the status conference presently scheduled for November 3, 2006 be vacated and a new status conference hearing date of December 1, 2006 at 9:00 a.m. be set.

     The parties continue evaluating additional information provided by the defendants in relation to this case.  The parties have had preliminary discussions regarding resolution.  Before the case resolves, however, both parties have tasks to complete including, by

1  the defense, additional factual investigation that may bear on the
2  resolution. Once all these tasks are completed, the defense will need
3  time to review a final plea agreement.
4      The parties, through their respective counsel, hereby stipulate
5  and agree that the status conference currently scheduled for
6  November 3, 2006 be continued until December 1, 2006, at 9:00 a.m.
7      The parties further stipulate and agree that the time period
8  between November 3, 2006 and December 1, 2006 be excluded under the
9  Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due
10 to the need to provide defense counsel with the reasonable time to
11 prepare.
12 Dated: October 19, 2006

                                        Respectfully submitted,

                                        /s/ Daniel J. Broderick
                                        _____
                                        DANIEL J. BRODERICK
                                        Federal Defender
                                        Attorney for Defendant
                                        JESUS HUERTA

                                        /s/ Daniel J. Broderick for
                                        _____
                                        TIMOTHY E. WARRINER, ESQ.
                                        Attorney for Defendant
                                        ROSA ISELA HUERTA

Dated:  October 19, 2006                MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Daniel J. Broderick for
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

                            ------------

28     Pursuant to the stipulation filed by the parties, and for the

Stip. Continuing Status Conference        2

reasons stated therein, IT IS HEREBY ORDERED that the status conference currently scheduled for November 3, 2006, be continued until December 1, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED that the time period between November 3, 2006 and December 1, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  November 3, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. Continuing Status Conference            3