1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California  95814
   Telephone (916) 498-5700
4

5  Attorney for Defendant
   JESUS HUERTA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR-S-05-447 GEB
                                )
12           Plaintiff,         )   **STIPULATION AND [PROPOSED]**
                                )   **ORDER CONTINUING STATUS**
13      v.                      )   **CONFERENCE AND EXCLUDING TIME**
                                )
14 JESUS HUERTA, et al.,        )
                                )   Date:  January 19, 2007
15           Defendants.        )   Time:  9:00 a.m.
                                )   Judge: Garland E. Burrell, Jr.
16 _____)

17

18      It is hereby stipulated between the parties, Matthew Stegman,

19 Assistant United States Attorney, attorney for Plaintiff; Timothy E.

20 Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J.

21 Broderick, attorney for defendant, JESUS HUERTA, that the status

22 conference presently scheduled for December 1, 2006 be vacated and a

23 new status conference hearing date of January 19, 2007 at 9:00 a.m. be

24 set.

25      The parties continue evaluating additional information provided by

26 the defendants with ongoing discussions regarding resolution.  Factual

27 investigation of the case continues that may bear on the resolution.

28 Once all these tasks are completed, the defense will need time to

1 review a final plea agreement.

2 The parties, through their respective counsel, hereby stipulate
3 and agree that the status conference currently scheduled for
4 December 1, 2006 be continued until January 19, 2007 at 9:00 a.m.

5 The parties further stipulate and agree that the time period
6 between December 1, 2006 and January 19, 2007 be excluded under the
7 Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due
8 to the need to provide defense counsel with the reasonable time to
9 prepare.

10 Dated: November 30, 2006

11 Respectfully submitted,

12
13 /s/ Daniel J. Broderick
    _____
14 DANIEL J. BRODERICK
   Federal Defender
   Attorney for Defendant
15 JESUS HUERTA

16
17 /s/ Daniel J. Broderick for
   _____
   TIMOTHY E. WARRINER, ESQ.
18 Attorney for Defendant
   ROSA ISELA HUERTA
19

20 Dated:  November 30, 2006        MCGREGOR W. SCOTT
                                    United States Attorney
21

22 /s/ Daniel J. Broderick for
   _____
23 MATTHEW STEGMAN
   Assistant U.S. Attorney
24 Attorneys for Plaintiff

25                ------------

26 Pursuant to the stipulation filed by the parties, and for the
27 reasons stated therein, IT IS HEREBY ORDERED that the status conference
28 currently scheduled for December 1, 2006, be continued until

Stip. Continuing Status Conference        2

1  January 19, 2007 at 9:00 a.m.
2      IT IS FURTHER ORDERED that the time period between December 1,
3  2006 and January 19, 2007, be excluded under the Speedy Trial Act (18
4  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to
5  provide defense counsel with the reasonable time to prepare.
6  Dated:   December 1, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. Continuing Status Conference        3