```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California  95814
   Telephone (916) 498-5700
4

5  Attorney for Defendant
   JESUS HUERTA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  )   No. CR-S-05-447 GEB
                              )
12         Plaintiff,         )   **STIPULATION AND [PROPOSED]**
                              )   **ORDER CONTINUING STATUS**
13    v.                      )   **CONFERENCE AND EXCLUDING TIME**
                              )
14 JESUS HUERTA, et al.,      )
                              )   Date:  February 16, 2007
15         Defendants.        )   Time:  9:00 a.m.
                              )   Judge: Garland E. Burrell, Jr.
16 _____)

17
```

18         It is hereby stipulated between the parties, Matthew Stegman,
19 Assistant United States Attorney, attorney for Plaintiff; Timothy E.
20 Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J.
21 Broderick, attorney for defendant, JESUS HUERTA, that the status
22 conference presently scheduled for January 19, 2007 be vacated and a
23 new status conference hearing date of February 16, 2007 at 9:00 a.m. be
24 set.
25         The parties continue evaluating additional information provided by
26 the defendants with ongoing discussions regarding resolution.  Factual
27 investigation of the case continues that may bear on the resolution.
28 Once all these tasks are completed, the defense will need time to

1  review a final plea agreement.

2     The parties, through their respective counsel, hereby stipulate
3  and agree that the status conference currently scheduled for
4  January 19, 2007 be continued until February 16, 2007 at 9:00 a.m.

5     The parties further stipulate and agree that the time period
6  between January 18, 2007 and February 16, 2007 be excluded under the
7  Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due
8  to the need to provide defense counsel with the reasonable time to
9  prepare.

10 Dated: January 18, 2007

11                                    Respectfully submitted,

12
                                      /s/ Daniel J. Broderick
13                                    _____
                                      DANIEL J. BRODERICK
14                                    Federal Defender
                                      Attorney for Defendant
15                                    JESUS HUERTA

16
                                      /s/ Daniel J. Broderick for
17                                    _____
                                      TIMOTHY E. WARRINER, ESQ.
18                                    Attorney for Defendant
                                      ROSA ISELA HUERTA
19

20 Dated:  January 18, 2007           MCGREGOR W. SCOTT
                                      United States Attorney
21

22                                    /s/ Daniel J. Broderick for

23                                    _____
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney
24                                    Attorneys for Plaintiff

25                   ------------

26     Pursuant to the stipulation filed by the parties, and for the
27 reasons stated therein, IT IS HEREBY ORDERED that the status conference
28 currently scheduled for January 19, 2007, be continued until

Stip. Continuing Status Conference        2

1  February 16, 2007 at 9:00 a.m.
2      IT IS FURTHER ORDERED that the time period between January 18,
3  2007 and February 16, 2007, be excluded under the Speedy Trial Act (18
4  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to
5  provide defense counsel with the reasonable time to prepare.

7  Dated:  January 24, 2007

              _____
              GARLAND E. BURRELL, JR.
              United States District Judge