IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:05-cr-447-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SEALING ORDER |
| | ) | |
| JESUS HUERTA and ROSA HUERTA, | ) | |
| | ) | |
| Defendants. | ) | |

      The government's filings today reveal that docket number 77 should be removed from the public docket and filed under seal. Therefore, the Clerk of the Court is directed to remove docket number 77 from the public docket and file it under seal. See generally CBS, Inc. v. U.S. Dist. Ct. for Cent. Dist., 765 F.2d 823, 825-26 (9th Cir. 1985) (indicating that an improvidently-filed document could be removed from the record). Further, the Clerk shall delete the

///
///
///
///
///

1

1 | description of docket number 77 that appears on the public docket, and
2 | in lieu thereof reflect that a sealed document has been filed.
3 |          IT IS SO ORDERED.
4 |
5 | Dated:  December 12, 2007
6 |
7 |                                    _____
  |                                    GARLAND E. BURRELL, JR.
  |                                    United States District Judge