McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-05-447-GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS HUERTA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on August 30, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 17 U.S.C. §§ 506(b) and 509(a), and 18 U.S.C. § 2318(d) based upon the plea agreement entered into between plaintiff and defendant Jesus Huerta forfeiting to the United States the following property:

    a.   Approximately 54,009 CD's seized in September 2005 and on October 6, 2005, and

    b.   Approximately 1,302 DVD's seized in September 2005 and on October 6, 2005.

AND WHEREAS, the Court has been advised that defendant Rosa Isela Huerta agreed to forfeit to the United States voluntarily and immediately all of her right, title and interest to any and all assets subject to forfeiture pursuant to 17 U.S.C. §§ 506(b) and

1

1 | 509(a), and 18 U.S.C. § 2318(d).

2 |     AND WHEREAS, on February 15, 22 and 29, 2008, the United States published notice of the Court's Preliminary Order of Forfeiture in the <u>San Jose Post-Record</u> (Santa Clara County), a newspaper of general circulation located in the county in which the subject property was seized;

    AND WHEREAS, on February 28, March 6 and 13, 2008, the United States also published notice of the Court's Preliminary Order of Forfeiture in the <u>Stockton Record</u> (San Joaquin County), a newspaper of general circulation located in the county in which the subject property was also seized. Said published notices advised all third parties of their right to petition the Court within thirty (30) days of the publication dates for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 17 U.S.C. §§ 506(b) and 509(a), and 18 U.S.C. § 2318(d), to be disposed of according to law, including all right, title, and interest of defendants Jesus Huerta and Rosa Isela Huerta.

    2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

///

///

1      3.   The Department of Homeland Security, U.S. Secret Service,
2  shall maintain custody of and control over the subject property
3  until it is disposed of according to law.
4  Dated:  May 6, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge